IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
CIVIL ACTION NO. _3:16-CV-01461-FAB

| | | |
|---|---|---|
| **ISMAEL ROSADO RIVERA AND SAMUEL ROSADO RIVERA**<br><br>**Plaintiffs**<br><br>v.<br><br>**ANTELMO BAUTISTA AND BAUTISTA FARMS TRUCKING, LLC**<br><br>**Defendants** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **COMPLAINT FOR DAMAGES,** |

Motion for Voluntary Dismissal with Prejudice

Now Come Plaintiffs through their undersigned Counsel and respectfully allege and pray:

1. Plaintiffs filed this Complaint on March 15, 2016.
2. Dated April 14, 2016, the Parties entered into a Settlement Agreement as informed to the Honorable Court by Informative Motion dated April 15, 2016.
3. Defendants have complied with their part of the Agreement by sending two checks in the name of the Plaintiffs to subscribing Attorney to be hold in trust by Plaintiffs Attorneys until this Court dismisses the Complaint with prejudice.

Wherefore Plaintiffs respectfully prays the Honorable Court to dismiss the present case with prejudice with each Party bearing their own costs and Attorneys Fees.

Respectfully Submitted

In San Juan, Puerto Rico

This 19 of April 2016


   s/ Julio M. López Keelan   
       Julio M. López Keelan