**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

ISMAEL ROSADO-RIVERA, *et als.*,

    **Plaintiffs,**

          **v.**

ANTELMO BAUTISTA, *et als.*,

    **Defendants.**

**Civil No.** 16-1461 (FAB)


**JUDGMENT**

In accordance with the ORDER entered today (Docket No. 10), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 20, 2016.

                    s/ Francisco A. Besosa
                    FRANCISCO A. BESOSA
                    UNITED STATES DISTRICT JUDGE